FILED
FEBRUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ARDC No. 6199089   3006465-MJM/WSH

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

08 C 990

| | |
|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> TARGET CORPORATION, <br><br> Defendant. | No. ----- <br><br> J. N. |

### NOTICE OF REMOVAL TO FEDERAL COURT

NOW COMES the Defendant, TARGET CORPORATION, by its attorneys, SmithAmundsen LLC, and pursuant to 28 USC §§ 1332, 1441 and 1446, removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

1. The Movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2. In her Complaint, Plaintiff alleges that the action stems from a slip and fall occurring at 2901 S Cicero Avenue, Cicero, Illinois on June 9, 2007.

3. This action is removable to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. Section 1441, which provides that any civil action brought in a state court of which the district courts of the United States have

1

original jurisdiction, may be removed by the Defendants to the district court of the United States for the district and division embracing the place where such action is pending.

4. This Notice of Removal is filed timely within 30 days after Target Corporation was served in compliance with 28 U.S.C. Section 1446(b).

5. Defendants have attached hereto as Exhibit "I", copies of the complaint, evidence of process, motions, and orders served upon it in this action. No other processes, pleadings or orders, other than the documents attached hereto, have been served upon or delivered to the Defendant. The attached documents do not evidence intent to litigate this matter in state court.

6. In Support of this Notice of Removal, Defendant has submitted a Memorandum of Law in Support of Removal, attached hereto.

WHEREFORE, Defendant, TARGET CORPORATION, prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully Submitted,

SmithAmundsen LLC

s/Michael J. McGowan
Attorney for Defendant,
TARGET CORPORATION

Michael J. McGowan
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
ARDC NO.: 6199089

**CERTIFICATE OF SERVICE**

I, Michael J. McGowan, an attorney hereby certify that on the 18th day of February, 2008, I electronically filed the foregoing Notice of Removal to Federal Court, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey A. Schulkin
Munday & Nathan
33 N. Dearborn St., Suite 2220
Chicago, IL  60602
Phone: (312) 346-5678
***Attorneys for Plaintiffs***

s/Michael J. McGowan