## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 990**

| In the Matter of | Case Number: |
|---|---|

OLGA MARQUEZ and EDUARDO MARQUEZ,
                                        Plaintiffs,
vs.
TARGET CORPORATION, Defendant.

**JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, TARGET CORPORATION

| NAME (Type or print) |
|---|
| Michael J. McGowan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Michael J. McGowan |

| FIRM |
|---|
| SmithAmundsen LLC |

| STREET ADDRESS |
|---|
| 150 North Michigan Avenue, Suite 3300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| ARDC No. 6199089 | (312) 894-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |