Firm ID: 42907
**3006465-MJM**

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

|  |  |  |
|---|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.:  08 C 990 |
| TARGET CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**F I L E D**

FEB 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:  Jeffrey A. Schulkin
Munday & Nathan
33 North Dearborn St., Suite 2220
Chicago, IL 60602

Please take notice that on February 19, 2008, we filed with the United States District Court, Northern District of Illinois, Eastern Division, Defendant's Memorandum of Law in Support of Defendant's, Target Corporation, Notice of Removal to Federal Court, copies of which are served on you.

By:  s/Michael J. McGowan
Michael J. McGowan
Attorney for Defendant

SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200
Firm No. 42907

## PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this document by mailing a copy to the above-named attorney(s) at the above address(es) as listed above and depositing the same in the United States Mail located at 150 North Michigan Avenue, Chicago, Illinois 60601, prior to 5:00 p.m. on February 19, 2008, with proper postage prepaid. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the preceding sentence is true and correct.

ARDC No. 6199089

3006465-MJM/WSH

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

OLGA MARQUEZ and EDUARDO MARQUEZ,

        Plaintiffs,

vs.

TARGET CORPORATION,

        Defendant.

No. 08 C 990

**F I L E D**

FEB 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S, TARGET CORPORATION, NOTICE OF REMOVAL TO FEDERAL COURT

---

NOW COMES Defendant, TARGET CORPORATION, by its attorneys, SmithAmundsen LLC, and pursuant to 28 USC §§ 1332, 1441 and 1446, moves this Court to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

**I.**    **Statement of Facts**

    1.    On January 8, 2008, Plaintiffs filed a personal injury law suit in the Circuit Court of Cook County, Law Division, in which it was alleged that Plaintiff, Olga Marquez, slipped and fell at a Target Store located at 2901 S. Cicero Avenue, Cicero, Illinois on June 9, 2007. *(Please see Complaint at Law, attached hereto and incorporated herein as "Exhibit A.")* Defendant, Target Corporation was served on January 18, 2008, *(please see Evidence of Process, attached hereto and incorporated*

1

*herein as "Exhibit B")* and filed an appearance in state court on February 15, 2008. *(Please see Appearance, attached hereto and incorporated herein as "Exhibit C.")*

## II.    **Argument**

### a.    *The parties are citizens of different states*

2.    The existence of diversity jurisdiction is determined at the time a case begins. Denlinger v. Brennan, 87 F.3d 214, 216 (7th Cir. 1996). Furthermore, an individual is a citizen of the state in which he is domiciled. Dausch v. Rykse, 9 F.3d 1244, 1245 (7th Cir. 1993). To be domiciled in a state, an individual must be physically present in that state and intend to remain there indefinitely. Perry v. Pogemiller, 16 F.3d 138, 140 (7th Cir. 1993). To determine where an individual intends to remain, courts look for objective manifestations of intent such as where the individual is employed; registered to vote; where he pays taxes; the location of his bank accounts, personal property and any land he owns; and whether the individual belongs to any clubs or organizations. O'Neal v. Atwal, 425 F. Supp. 2d 944, 2006 U.S. Dist. LEXIS 17817 (W.D. WI).

3.    The named Plaintiff, Olga Marquez, is a citizen of the State of Illinois because she is domiciled in Illinois. Olga Marquez is domiciled in Illinois because she lives in Illinois *(please see Incident Report, attached hereto and incorporated herein as "Exhibit D")*; she is employed in Illinois. *(Please see Letter from Plaintiff's Attorney, attached hereto and incorporated herein as "Exhibit E")*; and all of her medical treaters were in Illinois. *(Please see "Exhibit E.")*

4.    Plaintiff filled out and signed a Short-term Disability Request for the Chicago Tribune in which she indicated that her address is 3330 S. 60th Ct., Cicero,

Illinois 60804. *(Please see Short-term Disability Request, attached hereto and incorporated herein as "Exhibit F.")*

5.    Furthermore, Plaintiff's medical bills from the following clinics are address to the same Illinois address:

a.    Plaintiff's medical bill from MacNeal Health Network is addressed to Olga Marquez, 3330 S. 60th Ct., Cicero, Illinois 60804. *(Please see MacNeal Health Network bill, attached hereto and incorporated herein as "Exhibit G.")*

b.    Plaintiff's medical bill from Berwyn Emergency Physician's Office is addressed to Olga Marquez, 3330 S. 60th Ct., Cicero, Illinois 60804. *(Please see Berwyn Emergency Physician's Office bill, attached hereto and incorporated herein as "Exhibit H.")*

c.    Plaintiff's medical bill from Insight Imaging is addressed to Olga Marquez, 3330 S. 60th Ct., Cicero, Illinois 60804. *(Please see Insight Imaging bill, attached hereto and incorporated herein as "Exhibit I.")*

d.    Plaintiff's medical bill from Northwestern Neurosurgical Associates, S.C. is addressed to Olga Marquez, 3330 S. 60th Ct., Cicero, Illinois 60804. *(Please see Northwestern Neurosurgical Associates, S.C. bill, attached hereto and incorporated herein as "Exhibit J.")*

e.    Plaintiff's medical bill from Resurrection Health Care is addressed to Olga Marquez, 3330 S. 60th Ct., Cicero, Illinois 60804. *(Please see Resurrection Health Care bill, attached hereto and incorporated herein as "Exhibit K.")*

6.    The named Plaintiff, Eduardo Marquez, is also a citizen of the State of Illinois because he is married to Olga Marquez, who is a citizen of Illinois pursuant to paragraph # 4 above. *(Please see "Exhibit A," ¶ 7.)* Furthermore, the following bills were addressed to Plaintiff, Eduardo Marquez, indicating his Illinois address:

a.    A medical bill from Family Medical Dental Center is addressed to Eduardo Marquez, 3330 S. 60th Ct., Cicero, Illinois 60804. *(Please*

*see Family Medical Dental Center bill, attached hereto and incorporated herein as "Exhibit L.")*

7.   If the following information is not enough to support a finding that both Plaintiff's are citizens of Illinois then this Defendant maintains that the suit is not yet removable and therefore pursuant to 28 U.S.C. §1446(b), Defendant has 30 days after the service of paper that indicates that the case has become removable. Caterpillar Inc. v. Lewis, 519 U.S. 61, 68-69 (1996).

8.   Furthermore, this Defendant has served a Request to Admit Facts upon Plaintiff that will serve as a proper service of paper that indicates that the case has become removable. 28 U.S.C. §1446(b).

9.   The Defendant, TARGET CORPORATION, has its principal place of business in Minneapolis, Minnesota and has maintained its principal place of business in Minnesota at all relevant times. *(Please see Securities Exchange Commission Report, attached hereto and incorporated herein as "Exhibit M.")*  In addition, TARGET CORPORATION is currently and has been a Minnesota corporation since the date of the incident that is the subject of Plaintiff's lawsuit. *(Please see Illinois Secretary of State printout, attached hereto and incorporated herein as "Exhibit N.")*  Therefore, for diversity purposes, TARGET CORPORATION is a citizen of the State of Minnesota, and thus complete diversity exists between Plaintiffs and Defendant.

**b.   *The amount in controversy exceeds $75,000.00***

10.   The Complaint further alleges that the incident caused Plaintiff, Olga Marquez, to suffer "injuries of a personal and pecuniary nature, including but not limited to medical expenses, pain and suffering, lost earnings, and physical and emotional trauma, all of which are permanent." *(Please see "Exhibit A," ¶ 7.) (Emphasis added.)*

The affidavit signed by Plaintiff's counsel, Jeffrey A. Schulkin, states that the damages incurred by Plaintiff include a "herniated disc that required spinal surgery, *inter alia*" and also acknowledged that the case was worth in excess of $50,000.00. *(Please see Affidavit, attached hereto and incorporated herein as "Exhibit O.")* Further, Plaintiff has alleged that to date she has medical bills related to the incident that exceed $25,000.00, and that she has missed work due to the incident, including 6/13/07, 06/22/07, 6/29/07 through 7/13/07, 8/213/07 [sic], 9/10/07, 9/19/07, 10/8/07, 10/30/07 through 01/22/08. The letter further indicates that Plaintiff left work early on sixteen different days. *(Please see "Exhibit E.")*

11.    Given the nature of the allegations, the movant believes in good faith that the amount in controversy exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs. Therefore, there is diversity of citizenship between Plaintiff, Olga Marquez, and Defendant.

### c.    The court has jurisdiction over Eduardo Marquez pursuant to 28 U.S.C. 1367

12.    In Exxon Mobil Corp. v. Allapattah Services, Inc., 545 U.S. 546, 125 S. Ct. 2611, 2615, 162 L. Ed. 2d 502 (2005), the Supreme Court stated "that, where the other elements of jurisdiction are present and at least one named plaintiff in the action satisfies the amount-in-controversy requirement, § 1367 does authorize supplemental jurisdiction over the claims of other plaintiffs in the same Article III case or controversy, even if those claims are for less than the jurisdictional amount specified in the statute setting forth the requirements for diversity jurisdiction." Therefore, this court has supplemental jurisdiction over Eduardo Marquez.

### d.    *Conclusion*

13.    The Movant's Memorandum of Law in Support of the Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

14.    This action is removable to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. Section 1441, which provides that any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the Defendants to the district court of the United States for the district and division embracing the place where such action is pending.

15.    This Memorandum of Law in Support of the Notice of Removal is filed timely within 30 days after Target Corporation was served in compliance with 28 U.S.C. Section 1446(b). *(Please see Evidence of Process, attached hereto and incorporated herein as "Exhibit B.")* Defendant was served on January 18, 2008 and 30 days thereafter was February 17, 2008, which was a Sunday.    Pursuant to Fed. R. Civ. P. 6(a), when determining deadlines for filing, "the last day of the period so computed shall be included, unless it is a Saturday, a Sunday, or a legal holiday." February 17, 2008 was a Sunday and February 18, 2008, was President's Day, a legal holiday. Therefore, because this Court was closed, Defendant's filing is timely done on Tuesday, February 19, 2008.

16.    Defendants have attached hereto as Exhibit "P", copies of the complaint, evidence of process, motions, and orders served upon it in this action.    No other processes, pleadings or orders, other than the documents attached hereto, have been served upon or delivered to the Defendant.    The attached documents do not evidence

intent to litigate this matter in state court. *(Please see File Materials, attached hereto and incorporated herein as "Exhibit P.")*

17.    As required by 28 U.S.C. § 1446(d), the movant has promptly served upon Plaintiff's counsel and has filed with the Circuit Court of Cook County a true and correct copy of the Notice of Removal and the Memorandum of Law in Support thereof.

18.    By removing this action, the movant does not waive any defenses available to them.

19.    If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

20.    This memorandum of Law in Support of the Notice of Removal is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, TARGET CORPORATION, prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully Submitted,

SmithAmundsen LLC

Attorney for Defendant,
TARGET CORPORATION

Michael J. McGowan
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
ARDC NO.: 6199089

## CERTIFICATE OF SERVICE

I, Michael J. McGowan, an attorney hereby certify that on the 19th day of February, 2008, I filed the foregoing Memorandum of Law in Support of the Notice of Removal to Federal Court, along with Exhibits A-P, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey A. Schulkin
Munday & Nathan
33 N. Dearborn St., Suite 2220
Chicago, IL 60602
Phone: (312) 346-5678
**_Attorneys for Plaintiffs_**

Michael J. McGowan

# EXHIBIT A

STATE OF ILLINOIS )
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS,
### COUNTY DEPARTMENT, LAW DIVISION

OLGA MARQUEZ and EDUARDO MARQUEZ,   )
                                   )
          plaintiff,             )
                                   )
        versus              )  COURT NO.
                                   )
TARGET CORPORATION,          )
                                   )
        defendant.            )

## COMPLAINT AT LAW

### COUNT I
### (OLGA MARQUEZ v. TARGET CORPORATION)

The plaintiff, OLGA MARQUEZ, by her attorneys, MUNDAY & NATHAN, makes the following allegations against the defendant, TARGET CORPORATION:

1.    On the 9th day of June, 2007, the defendant, TARGET CORPORATION, either owned, operated, managed, maintained or controlled certain premises located at 2901 S. Cicero Avenue, in the Town of Cicero, County of Cook, and State of Illinois.

2.    On the 9th day of June, 2007, the plaintiff, OLGA MARQUEZ, was a pedestrian lawfully walking inside the above-described premises located at 2901 S. Cicero Avenue, in the Town of Cicero, County of Cook, and State of Illinois.

3.    It was the duty of the defendant, TARGET CORPORATION, to exercise ordinary care and caution in the ownership, management, maintenance and control of the said premises.

1



4.  Not regarding the duty as aforesaid, the defendant TARGET CORPORATION was guilty of one or more of the following careless and negligent acts or omissions:

(a)  carelessly and negligently failed to properly inspect the floor used by customers at said premises;

(b)  carelessly and negligently caused an unnatural accumulation of water or other liquid to be on the floor used by customers at the premises;

(c)  carelessly and negligently allowed the said floor used by customers at said premises to contain an unnatural accumulation of water or other liquid, creating a dangerous condition;

(d)  carelessly and negligently failed to remove the unnatural accumulation of water or other liquid from the floor used by customers at the said premises;

(e)  carelessly and negligently failed to give timely and sufficient warnings of the unnatural accumulation of water or other liquid, or otherwise dangerous conditions on the floor at the said premises.

5.  As a direct and proximate result of the careless and negligent acts of the defendant, TARGET CORPORATION, the plaintiff was caused to fall to the ground while walking upon or along the said area.

6.  As a direct and proximate result of the aforesaid, the plaintiff, OLGA MARQUEZ, suffered injuries of a personal and pecuniary nature, including but not limited to medical expenses, pain and suffering, lost earnings, and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, OLGA MARQUEZ, asks judgment against the defendant, TARGET CORPORATION, in a sum in excess of Fifty Thousand Dollars ($ 50,000.00), which will fairly compensate the plaintiff for the injuries sustained.

## COUNT II
### (EDUARDO MARQUEZ v. TARGET CORPORATION )

The plaintiff, EDUARDO MARQUEZ, by his attorneys, MUNDAY & NATHAN, makes

the following allegations against the defendant, TARGET CORPORATION:

1-6.    Plaintiff EDUARDO MARQUEZ realleges paragraphs one (1) through six (6) of

Count I as if the same were set forth herein as paragraphs one (1) through six (6) of this Count II.

7.    Prior to the 9th day of June, 2007, the plaintiff, EDUARDO MARQUEZ, was

legally married to OLGA MARQUEZ, and, as husband and wife, each became entitled to the

companionship, society, guidance, material services and consortium of their respective spouses.

8.    As a result of the injuries to OLGA MARQUEZ, the plaintiff, EDUARDO

MARQUEZ, was deprived, and will in the future be deprived, of the companionship, society,

guidance, material services and consortium of his spouse, OLGA MARQUEZ.

WHEREFORE, the plaintiff, OLGA MARQUEZ, asks judgment against the defendant,

TARGET CORPORATION, in a sum in excess of Fifty Thousand Dollars ($ 50,000.00), which

will fairly compensate the plaintiff for the injuries sustained.

Jeffrey A. Schulkin
MUNDAY & NATHAN                                 MUNDAY & NATHAN,
33 North Dearborn St.
Suite 2220
Chicago, IL  60602
(312) 346-5678                                  Attorneys for Plaintiffs

3

# EXHIBIT B

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
01/18/2008
CT Log Number 512998142

TO:     Carter Leuty
        Target Corporation
        1000 Nicollet Mall
        Minneapolis, MN 55403-

RE:     **Process Served in Illinois**

FOR:    Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

TITLE OF ACTION:

DOCUMENT(S) SERVED:            Summons, Complaint, Affidavit(s)

COURT/AGENCY:                  Cook County Circuit Court, Cook County Department - Law Division, IL

NATURE OF ACTION:

APPEARANCE OR ANSWER DUE:      Within 30 days, not counting the day of service

ATTORNEY(S) / SENDER(S):
                               Suite 2220
                               3109

ACTION ITEMS:                  SOP Papers with Transmittal, via  Fed Ex 2 Day , 798855405628

SIGNED:                        C T Corporation System
PER:                           Tawana Carter
ADDRESS:                       208 South LaSalle Street
                               Suite 814
                               Chicago, IL 60604
TELEPHONE:                     312-345-4336

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal opinion
as to the nature of action, the amount of damages, the answer date,
or any information contained in the documents themselves.
Recipient is responsible for interpreting said documents and for
taking appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

**EXHIBIT**
**B**
tabbies

# EXHIBIT C

Firm ID: 42907                                3006465-MJM
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

OLGA MARQUEZ and            )
EDUARDO MARQUEZ,            )
                            )
            Plaintiff,      )
                            )
    vs.                     )        No.:   08 L 185
                            )
TARGET CORPORATION,         )        Calendar:  D
                            )
            Defendant.      )

## APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance and jury demand of
Defendant, TARGET CORPORATION.

**\*Defendant demand trial by jury.**

_____
William Seth Howard
One of the Attorneys for Defendant,
Target Corporation

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
Firm No. 42907

I certify that a copy of the within instrument was served on all parties who have
appeared and have not heretofore been found by the Court to be in default for
failure to plead.

_____
Attorney for Defendant

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK
COUNTY, ILLINOIS**

EXHIBIT
C

# EXHIBIT D

# Guest Incident Report

Location#

Report# _685 281 F_

## Guest Information

First Name: _Olga Marquez_    Last Name: _Marquez_

Guardian Name (if a minor): _NA_

Address: _3330 S 60th Ct    Cicero    60804_

Phone: (home, work, cell, other) H: _708-222-1167_   W: _____  C: _____  O: _____

Best Time to Call: _NA_

## Persons with the Guest (Name & Phone)

| Name: | H: ___ - ___ - ___ | W: ___ - ___ - ___ | C: ___ - ___ - ___ | O: ___ - ___ - ___ |
|---|---|---|---|---|
| Name: | H: ___ - ___ - ___ | W: ___ - ___ - ___ | C: ___ - ___ - ___ | O: ___ - ___ - ___ |
| Name: | H: ___ - ___ - ___ | W: ___ - ___ - ___ | C: ___ - ___ - ___ | O: ___ - ___ - ___ |

## Incident Information

Date of Incident: _06 / 09 / 07_    Time of Incident: _2 : 25_ am /(pm)

Date Incident Reported to Location: _06 / 09 / 07_

Guest Description of the incident, Illness and/or damage (in their own words): Guest states that, _I was_

_Walking down aisle slipped and fell on my back._

_No warning signs at sight_

## Answer the following only if the incident involved a Slip & Fall or Struck-By

| What were the weather conditions? | _Dry_ |
|---|---|
| What type of shoes was the guest wearing? | _Flip Flops_ |
| Was the guest wearing glasses? | ( ) Yes ( X ) No ( ) N/A |
| Were the guests clothes wet or dry? | ( ) Wet ( X ) Dry ( ) N/A |
| Was there any object or liquid on the floor? | ( X ) Yes ( ) No ( ) N/A |
| If yes, describe the object/liquid's color, size, quantity and condition (ex: broken, melted, undisturbed) | _Clear, liquid Long strip_ |
| If no, describe how you verified that there was no object or liquid on the floor (ex: felt area with hand or blotted with paper towel, etc.) | _NA_ |

## Food Illness or Product (if applicable)

Date Purchased: _NA_

Does Guest have a receipt? ( ) Yes ( ) No   (If yes, retain copy)

Date Consumed (if food): _NA_

How soon after consumption did symptoms begin (if food)?

Anyone else affected by this product?

If Yes, Name(s) / Address(s):

## Guest Signature

Print Name: _Olga Marquez_    Signature: _Olga Marquez_    Date: _6/9/07_

## Team Leader Completing Report

Print Name: _Rafael Zarate_    Signature: _Rafael Zarate_    Date: _08 / 06 / 07_

**Note to Guest:** A representative of our company will contact you within the next few days. If you have questions before that time, please call: 1-800-553-8723 (Monday through Friday, 8:00 am to 5:00 pm cst).

White: Guest Reporting Center copy / Pink: Guest copy / Yellow: Store copy



EXHIBIT
D

# EXHIBIT E

THE LAW OFFICES OF

## MUNDAY & NATHAN

33 NORTH DEARBORN STREET

SUITE 2220

CHICAGO, IL 60602

(312) 346-5678

FAX (312) 346-8394

JEFFREY A. SCHULKIN
jaschulkin@mundayandnathan.com

February 1, 2008

Mr. Richard Jacobs
Claims Examiner
Sedgwick CMS
Target Guest Reporting Center
P.O. Box 14453
Lexington, KY 40512-4453

> RE: Olga Marquez and Eduardo Marquez v. Target Corp.
> Your Insured: Target Corporation
> Your Claim No. 000695281F-0001
> D/O, P/O: 6/9/07 at Target, 2901 S. Cicero Ave., Cicero, IL
> Our File No. 07-170

Dear Mr. Jacobs:

Please be advised that our client, Olga Marquez, suffered a herniated disc at L5-S1 that required surgery by a neurosurgeon on October 30, 2007, as well as a bulging disc at L4-5, a right wrist injury, as well as anxiety and problems sleeping following the incident of June 9, 2007. We have ordered all of our client's records and billing statements concerning the personal injuries and damages she sustained as a result of the incident, which we will forward to you upon receipt. In the meantime, enclosed please find a partial medical specials list detailing the information currently in our possession. In addition, we have also enclosed copies of the partial records and bills that we currently have, but they are clearly incomplete.

In addition, Ms. Marquez works as a commercial collector for the Tribune Newspaper Network, earning $ 37,000/year plus benefits. This incident caused her to miss the following dates from work: 6/13/07, 6/22/07, 6/29/07 through 7/13/07 (had to use vacation days for this time), 8/213/07, 9/10/07, 9/19/07, 10/8/07, 10/30/07 through January 22, 2008. In addition, due to her pain and appointments for doctors and therapy, the incident also required Ms. Marquez to leave work early on 6/22/07, 8/20/07, 8/28/07, 8/30/07, 9/4/07, 9/6/07, 9/11/07, 9/12/07, 9/20/07, 9/24/07, 9/25/07, 9/27/07, 10/1/07, 10/22/07, 10/25/07 and 10/29/07. We are in the process of securing documentation concerning her lost wages/earnings claim, which we will forward to you upon receipt.

## 000695281F0001



EXHIBIT
E

**MUNDAY & NATHAN**

Mr. Jacobs
February 1, 2008
Page 2

In the meantime, if you have any questions or comments, please feel free to contact us.

Very truly yours,

MUNDAY & NATHAN

Jeffrey Schulkin

JAS
Encl.

000695281F0001

**OLGA MARQUEZ**
**Our File No. 07-170**
**D/O: 6/9/07**

## TREATMENT/SPECIALS LIST

MacNeal Health Network/
Gunnar Medical Group
Dr. Christine Cheng
Dr. Jason Griffin

| | | |
|---|---|---|
| 6/13/07 | $ | 1,028.92 |
| 6/19/07 | $ | 210.13 |
| 6/22/07 (ER at MacNeal Hospital) | $ | 2,647.56 |
| 9/24/07-present | $ | Investigation continues |

Emergency Physician Office
(for services at MacNeal Hospital ER)
    6/22/07             $     395.00

Family Medical/Dental Center
Dr. Luis Osorio
6721 W. Cermak Rd.
Berwyn, IL 60402
    6/25/07 +             $ Investigation continues

Berwyn MRI/Insight MRI
3345 S. Oak Park Ave.
Berwyn, IL 60402
    8/11/07 (lumbar MRI)      $     1,159.00

Dr. Jean E. Bourand
5025 W. Fullerton
Chicago, IL 60639
    8/16/07             $     70.00

Northwestern Neurosurgical Associates/
Dr. Francisco Gutierrez
201 E. Huron St., Suite 9-160
Chicago, IL 60611
    8/23/07- 1/21/08      $ Investigation continues

1

Resurrection Medical Center
7435 W. Talcott Ave.
Chicago, IL 60631
    10/25/07  (pre-surgical tests)          $          749.00
    10/30/07  (surgery)                     $      19,216.00


Athletico Therapy
6255 S. Archer Ave.
Chicago, IL 60638
    8/28/07 – 9/25/07 (therapy)             $        2,105.00


Walgreens Pharmacy
5840 W. 35th Street
Cicero, IL 60804
    (prescription medications)             $          69.67 +
                                           Investigation continues

Footsmart (for orthopedic pillow)         $          47.98

---

            **TOTAL SPECIALS**            **$ INVESTIGATION CONTINUES**

2

# 000695281F0001

EXHIBIT F

# TRIBUNE

**Short-Term Disability (STD) Request for Extension**

PLEASE FAX COMPLETED FORM TO 312-222-3256

**PART 1A: EMPLOYEE** (Please print) All blanks must be completed in order to process your claim. Fax completed form to the Human Resources fax number on the bottom right of this form. STD benefits will not be extended until this form is received and approved by the claims reviewer.

Name _Marquez_ _Olga._ _L_
  (Last)            (First)            (Middle)

Address _3330 S 60 Ct._ _Cicero_ _IL_ _60804_
  (Street Number)      (City)      (State)   (Zip Code)

Home Phone ( _708_ ) _222-1167_   Birthdate _01-11-74_   Social Security #
                                         (MM/DD/YYYY)

Is this illness/injury work related?  YES ( NO )    Are you receiving state disability benefits for this illness/injury?  YES ( NO )

Home Email Address (optional)

---

**PART 1B: EMPLOYEE** (Please sign and date)

**AUTHORIZATION TO RELEASE INFORMATION:** I hereby authorize the undersigned physician to release to Tribune Company, Chicago Tribune and/or Disability Management Alternatives (DMA) any information which he/she possesses which is pertinent to my STD claim. I authorize DMA to disclose to Tribune Company, Chicago Tribune and METLIFE, if applicable, any and all information pertinent to my STD claim which DMA may receive from the undersigned physician. The authorization granted DMA herein shall be continuing until I return to work or my STD claim has been resolved, whichever is later. If applicable, this authorization for release of medical information is made pursuant to the terms of the Confidentiality of Medical Information Act of 1980, section 56 et seq. of the Cal. Civil Code. I understand that I have a right to receive a copy of this Authorization.

Employee's Signature _Olga L Marquez_   Date _11-21-07_

---

**PART 2: ATTENDING PHYSICIAN** (Please print)  Please be specific and complete all sections.

Diagnoses (list all applicable) _Herniated Lumbar Disc_

Have there been changes or additions to the original diagnoses?

Treatment _Lumbar Laminectomy  L5-S1_
_Narcotics_

Have there been changes in treatment?

Medications (list all) _Darvocet — Flexeril_

Therapy

Surgery – Additional performed or planned? _Oct /2017_

Complications – Have there been complications during treatment (or of the diagnoses) which necessitate extension?

Prognosis _Good_

What is patient's current level of disability? _Total_

List office / hospital visit dates _11-19-07_

Best estimate or return to work (specify estimated date)

Physician's Name (print) _F. Gutierrez_   Degree _M.D._

Specialty _Neurosurgery_   Hospital Affiliation _ICC  60611_

Address _201 E. Huron St #123_ _Chicago_ _ICC_ _60611_
  (Street Number)      (City)      (State)   (Zip Code)

Phone _312 7269491_   Physician's Office Contact

Physician's Signature _____   Date _11-19-07_

---

**PART 3: HUMAN RESOURCES – FOR COMPANY USE ONLY**

Company Number _____   Company Name _____

Employee's Return to Work Date (if known) _____

Human Resources Signature _____   Date _____

EXHIBIT
F
tabbies

000695281F0001

# EXHIBIT G

# MacNeal
## Health Network

2384 Paysphere Circle • Chicago, IL 60674-2384    15874-L328

**0101**

**RETURN SERVICE REQUESTED**

**CURRENT INSURANCE**
AETNA PPO

**ADDRESSEE:**

OLGA MARQUEZ
3330 S 60TH CT
CICERO, IL 60804-3712

| CHECK CARD USING FOR PAYMENT | | |
|---|---|---|
| ☐ MASTERCARD ☐ DISCOVER ☐ VISA ☐ AMERICAN EXPRESS | | |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | TOTAL AMOUNT DUE | ACCOUNT NO. |
|---|---|---|
| 07/10/2007 | $668.80 | 36711539 |

| PATIENT NAME | AMOUNT PAID |
|---|---|
| MARQUEZ, OLGA | $ |

**REMIT TO:**    622243

MACNEAL HEALTH NETWORK
2384 PAYSPHERE CIRCLE
CHICAGO, IL 60674-2384

15874-L328*T4OOKBPW5000055

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**    PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| SERVICE DATE | DESCRIPTION OF SERVICES | CHARGES | PAYMENT/ADJUSTMENT | AMOUNT DUE |
|---|---|---|---|---|
| 06/14/2007 | OUTPATIENT | 1028.92 | 360.12 | 668.80 |

TO DATE WE HAVE NOT RECEIVED PAYMENT FROM YOUR INSURANCE. PLEASE CONTACT THEM TO RESOLVE THIS BILL OR REMIT PAYMENT TODAY.

*"Thank you for choosing MacNeal Health Network for your healthcare needs. We are committed to providing the highest quality healthcare for you, your family and your community."*

07162208007T

**FOR BILLING INQUIRIES, CALL**
Para preguntas con respecto a su cuenta llame: 800-290-5090
An itemized bill will be available upon request

# MacNeal
## Health Network

3249 S. Oak Park Ave.
Berwyn, Illinois 60402

**800-290-5090**
Additional information
located on reverse side

Website:
http://www.macneal.com

| SUMMARY OF ACCOUNT: | | |
|---|---|---|
| Total Charges | $ | 1028.92 |
| Total Adjustments | $ | -360.12 |
| Total Insurance Payments | $ | .00 |
| Total Patient Payments | $ | .00 |
| Total Account Balance | | |

15874-L328*T4OOKBPW5000055

4107102208007103

000695281F0001
000695281F0001

**EXHIBIT G**

# EXHIBIT H



Emergency Physician's Office
PO Box 60439
Ft. Myers, FL 33906-6439

**NOT A REMIT ADDRESS**

TAX ID NUMBER:  38-3573724



742 01
OLGA MARQUEZ
3330 S 60TH CT
CICERO, IL 60804-3712

CXSTM

CHECK CARD TYPE USING FOR PAYMENT

| | MASTERCARD | VISA | AMERICAN EXPRESS | DISCOVER |
|---|---|---|---|---|

| CARD NUMBER | | EXP. DATE | Security Code |
|---|---|---|---|
| SIGNATURE | | AMOUNT | |

H

| GROUP NUMBER | ACCOUNT NUMBER |
|---|---|
| 222001 | 334060 |

| STATEMENT DATE | PAY THIS AMOUNT | SHOW AMOUNT PAID |
|---|---|---|
| 08/25/07 | $10.21 | |

Make checks payable and send to:
**BERWYN EMER PHYSICIANS, LLP**
75 REMIT. DR #1209
CHICAGO IL 60675 1209

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side.

Please detach and return the top portion with your payment.

If you have any questions please contact us at (800) 700-9078, or apoliobilling@ecl-med.com



1 of 1

BERWYN EMER PHYSICIANS, LLP

| STATEMENT DATE | ACCOUNT BALANCE | PENDING INSURANCE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 08/25/07 | 10.21 | 0.00 | |

EXHIBIT H

173834713 452124-14 742

000695281F0001

4107102208007103          000695281F0001

# EXHIBIT I

10/01/2007  18:28    718-564-1243    INSIGHT HEALTH CORP    PAGE 10/12

MARQUEZ, OLGA
2331837

Patient Billing ID:


Results. Right. Now

# Itemized Statement

OLGA MARQUEZ
3330 S 60TH CT
CICERO, IL 60804

## Account Information

| | | | | |
|---|---|---|---|---|
| Service Location: | BERWYN MAGNETIC RESONANCE CENTER | | | |
| | 3345 SOUTH OAK PARK AVENUE BERWYN IL 60402 | | | |
| Billing Location: | PO BOX 404166 ATLANTA GA 303844166 | | | |
| | Phone: ( 866 ) 674-9985 | | | |

Service #1                Service Date: 08/11/07

| Activity Date | CPT Code | Service Description | Activity | Amount |
|---|---|---|---|---|
| 8/17/2007 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | CHARGE | $1,159.00 |
| 9/20/2007 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | PAYMENT (Aetna) | ($458.57) |
| 9/20/2007 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | INSURANCE WRITE OFF | ($700.43) |

Balance    $0.00

Monday, October 01, 2007
10:40:54AM

## 000695281F0001
000695281F0001

4107102208007103

**EXHIBIT**
**I**

EXHIBIT J

# NORTHWESTERN NEUROSURGICAL ASSOCIATES, S.C.

Francisco A. Gutierrez, M.D.
Wesley Y. Yapor, M.D.
TAX ID # 36-3088987

( ) 201 E. Huron St.
Suite 9-160
Chicago, Illinois 60611
(312) 926-3490
FAX (312) 926-3492

( ) 7447 W. Talcott
Suite 531
Chicago, Illinois 6063
(773) 594-0200

| PROCEDURES | | FEE | DIAGNOSIS | ICD | DIAGNOSIS | ICD |
|---|---|---|---|---|---|---|
| **CPT   NEW PATIENT** | | | ( ) Arachnoidal Cyst, Brain | 348.0 | ( ) Hematoma, Subdural Injury w/o Open Wound | 852.2 |
| 99201 | Level 1 | | ( ) Arachnoiditis | 322.9 | ( ) Herniated Cervical Disc | 722.0 |
| 99202 | Level 2 | | ( ) Arnold Chiari Malformation Syndrome | 348.4 | ( ) Herniated Lumbar Disc | 722.1 |
| 99203 | Level 3 | | ( ) Brachial Plexus Injury | 953.4 | ( ) Herniated Thoracic Disc | 722.1 |
| 99204 | Level 4 | | ( ) Brachial Plexus Lesion | 353.1 | ( ) Hydrocephalus, Communicating | 331.3 |
| 99205 | Level 5 | | ( ) Brain Abscess | 324.0 | ( ) Hydrocephalus, Obstructive | 331.4 |
| | | | ( ) Brain Contusion w/Loss of Consciousness | 851.81 | ( ) Hydrocephalus, Congenital | 742.3 |
| | | | ( ) Brain Contusion w/Brief Loss of Consciousness | 851.82 | ( ) ICH (Intracerebral Hemorrhage) | 431 |
| | | | ( ) Brain Stem Tumor | 191.7 | ( ) Low Back Pain | 724.2 |
| **CPT   ESTABLISHED PATIENT** | | **FEE** | ( ) Brain Tumor, Benign | 225.0 | ( ) Low Back Strain | 846.9 |
| 99211 | Level 1 | | ( ) Brain Tumor (Glioma) | 191.0 | ( ) Myelomeningocele | 741.90 |
| 99212 | Level 2 | | ( ) Carpal Tunnel | 354.0 | ( ) Neuropathy | 335.9 |
| 99213 | Level 3 | | ( ) Cerebral Aneurysm, Non Ruptured | 437.3 | ( ) Pituitary Tumor | 239.7 |
| 99214 | Level 4 | | ( ) Cerebral Parasite | 123.1 | ( ) Post Concussion Syndrome | 310.2 |
| 99215 | Level 5 | | ( ) Cervical Fracture | 805.0 | ( ) Post Operative Wound Infection | 998.59 |
| | | | ( ) Cervical (Odohtold) Fracture | 805.02 | ( ) SAH | 430. |
| 99024 | Post-op Visit | | ( ) Cervical Myelopathy | 721.1 | ( ) SAH Following Injury w/No Loss of Conscious | 852.0 |
| | | | ( ) Cervical Pain | 723.1 | ( ) SAH Following Injury w/Brief Los of Conscio | 852.02 |
| | | | ( ) Cervical Radiculopathy, Radiculitis | 723.4 | ( ) SAH Nontraumatic | 432.1 |
| **CPT   CONFIRMATORY CONS.** | | **FEE** | ( ) Cervical Spondylosis | 721.0 | ( ) Scoliosis | 737.30 |
| 99271 | Level 1 | | ( ) Cervical Stenosis | 723.0 | ( ) Shunt Malfunction | 996.2 |
| 99272 | Level 2 | | ( ) Craniosynostosis | 756.0 | ( ) Spinal Abscess | 324.1 |
| 99273 | Level 3 | | ( ) CVA, Stroke | 436 | ( ) Spinal Cord Tumor | 225.3 |
| 99274 | Level 4 | | ( ) Decompression Sickness | 993.3 | ( ) Spinal Fracture w/o Deficit (Cervical) | 805.00 |
| 99275 | Level 5 | | ( ) Dizziness | 780.4 | ( ) Spinal Neoplasm, Benign | 237.5 |
| | | | ( ) Epilepsy | 345.1 | ( ) Spinal Cyst | 733.20 |
| | | | ( ) Fracture Cervical (Odontoid) | 805.02 | ( ) Spinal Psuedomeningocele (CSF) | 349.81 |
| **CPT   CONSULTATIONS** | | **FEE** | ( ) Fracture Thoracic Closed. | 805.2 | ( ) Spondylosis Cervical with Myelopathy | 721.1 |
| 99241 | Level 1 | | ( ) Fracture Lumbar Closed | 805.4 | ( ) Spondylosis Cervical w/o Myelopathy | 721.0 |
| 99242 | Level 2 | | ( ) Headache | 784.0 | ( ) Spondylosis Thoracic | 721.41 |
| 99243 | Level 3 | | ( ) Headache, Cluster | 346.20 | ( ) Spondylosis Lumbar | 721.42 |
| 99244 | Level 4 | | ( ) Headache, Migraine | 346.00 | ( ) Spondylosis Lumbosacral Region | 756.1 |
| 99245 | Level 5 | | ( ) Headache, Muscle (Tension) | 307.81 | ( ) Spondylolisthesis | 756.2 |
| | | | ( ) Head Injury with out Open Wound | 854.00 | ( ) Stenosis, Cervical | 723.0 |
| | | | ( ) Head Injury with Open Wound | 854.01 | ( ) Stenosis, Thoracic | 724.01 |
| **CPT   LEGAL** | | **FEE** | ( ) Hematoma, Epidural (Injury) | 852.4 | ( ) Stenosis, Lumbar | 724.02 |
| | Prep. for Depo. | | ( ) Hematoma, Epidural (Nontraumatic) | 432.0 | ( ) Syncope & Collapse | 780.2 |
| | Deposition | | ( ) Hematoma, Intracerebral w/out Open | 853.00 | ( ) Syringomyelia, Syrinx | 336.03 |
| | Attorney Conference | | ( ) Hematoma, Intracerebral with Open | 853.10 | ( ) Trigeminal Neuralgia | 350.1 |
| | Court Appearance | | ( ) Hematoma, Subdural (Nontraumatic) | 432.1 | ( ) Ulnar Neuropathy, Tardy Ulnar Palsy | 354.2 |
| | | | ( ) Hematoma, Subdural Injury w/Open Wound | 852.10 | ( ) Wound Infection | 958.3 |

| DATE | TIME | PATIENT | | REASON | PRIOR BALANCE | | RETURN TO WORK |
|---|---|---|---|---|---|---|---|
| 08/23/07 | 10.00 | OLGA L MARQUEZ | | NP/### | PAT 0.00 | | / / |
| TICKET NO. | DR. # | DOCTOR | LOCATION | | INS 0.00 | TODAY'S CHARGE | m d y |
| 90786 | 1 | GUTIERREZ | NWTN NEURO ASSOC-74 | D.O.B. 01/11/74 | | 25.00 | |
| PATIENT NO. | RESPONSIBLE PARTY | | PH # 708 | REFERRING DR. | | NEXT APPOINTMENT: | |
| 31566 | OLGA L MARQUEZ | | 222 1167 | | | ADJUSTMENTS | |
| ADDRESS | | CITY/STATE | ZIP CODE | | (UYA) | | Days _____ Weeks _____ Months _____ |
| 3330 S 60TH CRT | | CICERO | IL 60804 | | TODAY'S PAYMENT 25.00 | | |

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 8 | 1 | 0 | |

INSURANCE COMPANY      BA  SCT  POLICY I.D.      RELATIONSHIP TO INSURED  S E L F  S P O U S E  C H I L D  O T H E R

BALANCE DUE

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

Patient S

000695281F0001

**EXHIBIT J**

# EXHIBIT K


**Resurrection Health Care**  Resurrection Medical Center
7435 W. Talcott Ave
Chicago, IL 60631

Customer Service:
Hours 9:00 A.M. - 4:00 P.M. (847) 813-3600

Need a payment option or charity care information? Please contact our customer service number listed above.

¿Necesita una opción de pago o informes acerca de cuidado caritativo? Favor de comunicarse con servicios al cliente al numero indicado arriba.

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW | | | |
|---|---|---|---|
| ☐ ☐ ☐ ☐ | | CHECK CARD TO BE USED FOR PAYMENT | |
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |
| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER | |
| 11/04/07 | INSURANCE PENDING | 07303-00092 | |
| PATIENT NAME | | | |
| MARQUEZ,OLGA | | | |

OLGA MARQUEZ
3330 S 60TH COURT
CICERO, IL  60804-3712

Resurrection Medical Center
PO Box 220281
Chicago, IL  60622-0281

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

     STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

---

**Total Charges :**                                    19,216.00

Should you have any questions, concerns, or would like to receive an itemized bill, please do not hesitate to call us at (847) 813-3600 between the hours of 9:00 am until 4:00 pm Monday through Friday.

Again, thank you for choosing Resurrection Medical Center.  We hope to serve you again the next time health care needs arise.

Sincerely,

Patient Financial Services

This itemized statement represents hospital services

00069528IF0001


EXHIBIT
K

5120080204073150

# EXHIBIT L

Pay to:
**Family Medical Dental Center**
6721 W Cermak Rd
Berwyn, IL 60402
(708) 749-0277

Eduardo Marquez
3330 South 60th Court
Cicero, IL 60804

*Patient Receipt*
Monday, June 25, 2007

| Amount Due | Amount Paid |
|---|---|
| $0.00 | $15.00 |

| Date | Description | Check # | Fee | Units | Insurance | Patient |
|---|---|---|---|---|---|---|
| 06/25/2007 | Olga Marquez(4366)/Luis A Osorio MD/FMD027898 | | | | $0.00 | ($15.00) |
| | Payment from Marquez, Olga | | | | | |
| | Thank you | | | | | |

Balance: $0.00 ($15.00)

Thank you for your payment today. We appreciate you choosing our facility and hope we have met your expectations. Call us if you

| | Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|---|
| | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | -$15.00 |

Family Medical Dental Center * 6721 W Cermak Rd * Berwyn, IL 60402 * (708) 749-0277

008028407315 0

000695281F0001



EXHIBIT
L

# EXHIBIT M

This is G o o g l e's cache of http://www.secinfo.com/d11MXs.u11jh.d.htm as retrieved on Dec 19, 2007 06:34:28 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:yaQyNgyPgSoJ:www.secinfo.com/d11jh.d.htm+target+corporation+principal+place+of+business&hl=en&ct=clnk&cd=3&g

*Google is neither affiliated with the authors of this page nor responsible for its content*

These search terms have been highlighted: **target corporation principal place business**

*SEC Info*   <u>Home</u>   <u>Search</u>   <u>My Interests</u>   <u>Help</u>   <u>Sign In</u>   *Please Sign In*

# Target Corp · 8-K · For 5/1/07 · EX-4.1

**Filed On 5/1/07 5:09pm ET · SEC File 1-06049 · Accession Number 1104659-7-34430**

in this filing.   Show docs searched and every "hit".

**Help...**   *Wildcards:* ? (any letter), * (many). *Logic:* for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).

| *As Of* | *Filer* | *Filing* | *As/For/On* | *Docs:Pgs* | *Issuer* |
|---------|---------|----------|-------------|------------|----------|
| 5/01/07 | Target Corp | 8-K{9} | 5/01/07 | 4:20 | |

### Current Report · Form 8-K
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|------------------|-------------|-------|------|
| 1: 8-K | Current Report | HTML | 22K |
| 2: EX-4.1 | Instrument Defining the Rights of Security Holders | HTML | 19K |
| 3: EX-4.2 | Instrument Defining the Rights of Security Holders | HTML | 63K |
| 4: EX-5.1 | Opinion re: Legality | HTML | 13K |

### EX-4.1 · Instrument Defining the Rights of Security Holders

*This is an EDGAR HTML document rendered as filed. [ Alternative Formats ]*

Exhibit 4.1

**TARGET CORPORATION**

AND

**THE BANK OF NEW YORK TRUST COMPANY, N.A.**

*Trustee*



SEC Info - Target Corp - 8-K - For 5/1/07 - EX-4.1

FIRST SUPPLEMENTAL INDENTURE, dated as of May 1, 2007, between TARGET CORPORATION, a Minnesota corporation (hereinafter called the "Company") having its principal place of business at 1000 Nicollet Mall, Minneapolis, Minnesota 55403, and THE BANK OF NEW YORK TRUST COMPANY, N.A. (as successor in interest to Bank One Trust Company, N.A.), not in its individual capacity but solely as trustee under the Indenture referred to herein and under this First Supplemental Indenture (hereinafter called the "Trustee"), having its Corporate Trust Office at 2 North LaSalle Street, Chicago, Illinois 60602. For all purposes of this First Supplemental Indenture, capitalized terms not otherwise defined herein shall have the meanings set forth in the Indenture.

## RECITALS OF THE COMPANY

The Company and the Trustee have heretofore executed and delivered a certain Indenture, dated as of August 4, 2000 (the "Indenture"), providing for the issuance from time to time of Debt Securities;

Section 901 of the Indenture provides that a supplemental indenture may be entered into by the Company and the Trustee without the consent of any Holders to change or eliminate any of the provisions of the Indenture, provided that any such change or elimination (i) shall become effective only when there is no Debt Security Outstanding of any series created prior to the execution of such supplemental indenture which is entitled to the benefits of such provisions or (ii) shall not apply to any Debt Security Outstanding; and

The conditions set forth in the Indenture for the execution and delivery of this First Supplemental Indenture have been satisfied and all things necessary have been done to make this First Supplemental Indenture a valid agreement of the Company, in accordance with its terms, and a valid amendment of, and supplement to, the Indenture.

NOW, THEREFORE, THIS INDENTURE WITNESSETH:

For and in consideration of the premises and the purchase of Debt Securities by the Holders thereof, it is mutually covenanted and agreed, for the equal and ratable benefit of all Holders of Debt Securities of any series created on or after the date hereof (including, without limitation, the Company's 5.375% Notes due 2017), that the Indenture is supplemented and amended, to the extent expressed herein, as follows:

## ARTICLE ONE

## AMENDMENT TO EVENTS OF DEFAULT

Section 101. *Events of Default.* Clause (5) of the definition of *"Event of Default"* set forth in Section 501 of the Indenture shall be amended, solely with respect to Debt Securities Outstanding of any series created on or after the date hereof (including, without limitation, the Company's 5.375% Notes due 2017), as follows:

(5)     a default under any Indebtedness for money borrowed by the Company or any Subsidiary (including a default with respect to Debt Securities of any series other than that series) or under any Mortgage, indenture or instrument under which there may be issued or by which there may be secured or evidenced any Indebtedness for money borrowed by the Company or any Subsidiary (including this Indenture), whether such Indebtedness now exists or shall hereafter be created, which default shall have resulted in such Indebtedness in an outstanding principal amount in excess of $100 million

# EXHIBIT N

CORP/LLC - CERTIFICATE OF GOOD STANDING



SERVICES     PROGRAMS     PRESS     PUBLICATIONS     DEPARTMENTS     CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | TARGET CORPORATION | **File Number** | 50644871 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 04/23/1975 | **State** | MINNESOTA |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 00/00/0000 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | GREG STEINHAFEL 1000 NICOLLET MALL MINNEAPOLIS MN 55403 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | TIMOTHY R BAER 1000 NICOLLET MALL MINNEAPOLIS MN 55403 |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |
| **Assumed Name** | ACTIVE - SUPER TARGET INACTIVE - MARSHALL FIELD'S ACTIVE - TARGET STORES INACTIVE - DAYTON'S MARSHALL FIELD'S HUDSON'S INACTIVE - DAYTON'S | | |
| **Old Corp Name** | 09/05/1985 - DAYTON-HUDSON CORPORATION 02/09/2000 - DAYTON HUDSON CORPORATION | | |

<u>Return to the Search Screen</u>

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



# EXHIBIT O

STATE OF ILLINOIS )
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, | ) |
| | ) |
| plaintiff, | ) |
| | ) |
| versus | ) COURT NO. |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| defendant. | ) |

## AFFIDAVIT

I, Jeffrey A. Schulkin, being duly sworn under oath depose and state as follows:

1. That I am the attorney who prepared the Complaint for the above-captioned matter.

2. That I believe that this case is worth greater than $ 50,000.00 based upon the nature of the injuries and damages suffered by Plaintiffs as a result of the occurrence, including but not limited to a herniated disc that required spinal surgery, *inter alia*.

FURTHER AFFIANT SAYETH NOT

_____
Jeffrey A. Schulkin

SUBSCRIBED AND SWORN TO BEFORE
ME THIS  8th  day of _ January, 2008  .

_____
NOTARY PUBLIC

EXHIBIT
0

# EXHIBIT P
## (File Materials –
## State Court Materials)

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
01/18/2008
CT Log Number 512998142

TO:     Carter Leuty
        Target Corporation
        1000 Nicollet Mall
        Minneapolis, MN 55403-

RE:     **Process Served in Illinois**

FOR:    Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ▮▮▮▮▮ |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL |
| **NATURE OF ACTION:** | ▮▮▮▮▮ |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | ▮▮▮▮▮ Dearborn Street<br>Suite 2220<br>Chicago, IL 60602-3109<br>3▮▮ |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 798855405628 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Tawana Carter |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

*[handwritten notations:]*
1/21/08    12:30
Fed Ex
1/21/08    12:30
Sedgwick    Su Cole

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

OLGA MARQUEZ and EDUARDO MARQUEZ,

    Plaintiff(s),

*versus*

████████████████████

    Defendant(s).

Case No:

**Please Serve:**
Target Corporation
c/o CT Corporation System
    208 S. LaSalle Street
    Suite 814
    Chicago, IL 60604

## SUMMONS

To Each Defendant:

    YOU ARE SUMMONED and required to file an answer to the Complaint in this case, a copy of which is hereto attached, or otherwise file Appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Chicago, IL) within 30 days after service of this Summons, not counting the day of serve. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the Officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

**JAN - 8 2008**

WITNESS, _____, 2008

_____
Clerk of Court

Jeffrey A. Schulkin
MUNDAY & NATHAN
33 N. Dearborn Street, Suite 2220
Chicago, IL 60602-3109
312.346.5678
Attorney No.: 22231

CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS )
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS,
COUNTY DEPARTMENT, LAW DIVISION

OLGA MARQUEZ and EDUARDO MARQUEZ,    )
                                   )
        plaintiff,                 )
                                    )
        versus                  ) COURT NO.
                                    )
TARGET CORPORATION,            )
                                    )
        defendant.              )

## COMPLAINT AT LAW

### COUNT I
### (OLGA MARQUEZ v. TARGET CORPORATION)

The plaintiff, OLGA MARQUEZ, by her attorneys, MUNDAY & NATHAN, makes the following allegations against the defendant, TARGET CORPORATION:

1.    On the 9th day of June, 2007, the defendant, TARGET CORPORATION, either owned, operated, managed, maintained or controlled certain premises located at 2901 S. Cicero Avenue, in the Town of Cicero, County of Cook, and State of Illinois.

2.    On the 9th day of June, 2007, the plaintiff, OLGA MARQUEZ, was a pedestrian lawfully walking inside the above-described premises located at 2901 S. Cicero Avenue, in the Town of Cicero, County of Cook, and State of Illinois.

3.    It was the duty of the defendant, TARGET CORPORATION, to exercise ordinary care and caution in the ownership, management, maintenance and control of the said premises.

1

4.    Not regarding the duty as aforesaid, the defendant TARGET CORPORATION was

guilty of one or more of the following careless and negligent acts or omissions:

(a)    carelessly and negligently failed to properly inspect the floor used by customers at
said premises;

(b)    carelessly and negligently caused an unnatural accumulation of water or other
liquid to be on the floor used by customers at the premises;

(c)    carelessly and negligently allowed the said floor used by customers at said
premises to contain an unnatural accumulation of water or other liquid,
creating a dangerous condition;

(d)    carelessly and negligently failed to remove the unnatural accumulation of water
or other liquid from the floor used by customers at the said premises;

(e)    carelessly and negligently failed to give timely and sufficient warnings of the
unnatural accumulation of water or other liquid, or otherwise dangerous
conditions on the floor at the said premises.

5.    As a direct and proximate result of the careless and negligent acts of the defendant,

TARGET CORPORATION, the plaintiff was caused to fall to the ground while walking upon or

along the said area.

6.    As a direct and proximate result of the aforesaid, the plaintiff, OLGA MARQUEZ,

suffered injuries of a personal and pecuniary nature, including but not limited to medical expenses,

pain and suffering, lost earnings, and physical and emotional trauma, all of which are permanent.

WHEREFORE, the plaintiff, OLGA MARQUEZ, asks judgment against the defendant,

TARGET CORPORATION, in a sum in excess of Fifty Thousand Dollars ($ 50,000.00), which

will fairly compensate the plaintiff for the injuries sustained.

2

## COUNT II
## (EDUARDO MARQUEZ v. TARGET CORPORATION )

The plaintiff, EDUARDO MARQUEZ, by his attorneys, MUNDAY & NATHAN, makes

the following allegations against the defendant, TARGET CORPORATION:

1-6.    Plaintiff EDUARDO MARQUEZ realleges paragraphs one (1) through six (6) of

Count I as if the same were set forth herein as paragraphs one (1) through six (6) of this Count II.

7.    Prior to the 9th day of June, 2007, the plaintiff, EDUARDO MARQUEZ, was

legally married to OLGA MARQUEZ, and, as husband and wife, each became entitled to the

companionship, society, guidance, material services and consortium of their respective spouses.

8.    As a result of the injuries to OLGA MARQUEZ, the plaintiff, EDUARDO

MARQUEZ, was deprived, and will in the future be deprived, of the companionship, society,

guidance, material services and consortium of his spouse, OLGA MARQUEZ.

WHEREFORE, the plaintiff, OLGA MARQUEZ, asks judgment against the defendant,

TARGET CORPORATION, in a sum in excess of Fifty Thousand Dollars ($ 50,000.00), which

will fairly compensate the plaintiff for the injuries sustained.


Jeffrey A. Schulkin
MUNDAY & NATHAN                                MUNDAY & NATHAN,
33 North Dearborn St.
Suite 2220
Chicago, IL  60602
(312) 346-5678                                 Attorneys for Plaintiffs


3

Firm ID: 42907                                3006465-MJM
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

OLGA MARQUEZ and            )
EDUARDO MARQUEZ,            )
                           )
            Plaintiff,      )
                           )
        vs.                 )        No.:  08 L 185
                           )
TARGET CORPORATION,         )        Calendar: D
                           )
            Defendant.      )

## APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance and jury demand of Defendant, TARGET CORPORATION.

**\*Defendant demand trial by jury.**

_____
William Seth Howard
One of the Attorneys for Defendant,
Target Corporation


SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
Firm No. 42907

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

_____
Attorney for Defendant

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 SmithAmundsen

**F I L E D**

2008 FEB 19   AM 7:36

U.S.

FEB 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

February 19, 2008

Judge Ronald A. Guzman
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

    **Re:**  **Olga Marquez and Eduardo Marquez v. Target Corporation**
        Claim No.:   000695281F-0001
        Date of Loss: June 9, 2007
        Court No.:   08 C 990
        File No.:    3006465-MJM

Dear Judge Guzman:

    This letter will serve to inform you that my office attempted to e-file the enclosed Memorandum of Law in Support of Defendant's Notice of Removal on February 19, 2008 under case no. 08 C 990; however, the case was not "live" on the e-filing network. Therefore, I hand delivered the enclosed documents along with this correspondence.

    If you have any questions regarding the above, please feel free to contact me at my office.

              Very truly yours,

              William Seth Howard

WSH/bc
enclosures