ARDC No. 6199089　　　　　　　　　　　　　　　　　　3006465-MJM/WSH

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | No. 08 C 990 |

## JURY DEMAND

The undersigned, as attorney, has entered an appearance on behalf of Defendant, TARGET CORPORATION, and also demands a jury trial.

　　　　　　　　　　　　　　　　　　　　s/ Michael J. McGowan
　　　　　　　　　　　　　　　　　　　　Michael J. McGowan
　　　　　　　　　　　　　　　　　　　　Attorney for TARGET CORPORATION

Michael J. McGowan
SmithAmundsen LLC
Attorney for Defendant
150 N. Michigan Ave. - Suite 3300
Chicago, Illinois 60601
(312) 894-3200

### AFFIDAVIT OF SERVICE

　　I, Beth Coronado, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at the addresses listed by mailing a copy and depositing in the U.S. Mail at 5:00 p.m. on February 21, 2008, with proper postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Beth Coronado

SUBSCRIBED and SWORN to before me
this 21st day of Feb., 2008.

Angenette Adams
Notary Public

OFFICIAL SEAL
ANGENETTE ADAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11