Firm ID: 42907                                                3006465-MJM

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, ) ) ) Plaintiff, ) ) vs. ) ) TARGET CORPORATION, ) ) Defendant. ) | No.: 08 C 990 |

### NOTICE OF FILING

Please take notice that on **February 22, 2008**, we electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant, Target Corporation's Answer to the Complaint at Law and Affirmative Defenses, copies of which are served on you.

SmithAmundsen LLC

By:   s/Michael J. McGowan
      Attorneys for Defendant, Target Corporation

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

### AFFIDAVIT OF SERVICE

I, Beth Coronado, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at the addresses listed by mailing a copy and depositing in the U.S. Mail at 5:00 p.m. on February 22, 2008, with proper postage prepaid.

*Beth Coronado*

SUBSCRIBED and SWORN to before me
this 22nd day of FEBRUARY 2008.

*Jacqueline Y Smith*
Notary Public

OFFICIAL SEAL
JACQUELINE Y SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/18/11