UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, | ) |
| Plaintiffs, | ) ) ) |
| versus | ) No. 08 C 990 ) |
| TARGET CORPORATION, | ) ) |
| Defendant. | ) ) |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Michael J. McGowan
      Smith Amundsen LLC
      150 North Michigan Ave., Suite 3300
      Chicago, IL 60601
      (312) 894-3200
      e-mail: mmcgowan@salawus.com

Please take notice that on **March 4, 2008,** we electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, an **Appearance** on behalf of Plaintiffs, OLGA MARGEZ and EDUARDO MARQUEZ, copies of which are served on you.

The undersigned certifies that he served the attached Appearance of Plaintiffs OLGA MARGEZ and EDUARDO MARQUEZ, upon attorney Michael J. McGowan, listed above, via electronic mail, on the 4th day of March, 2008.

                                    s/   Jeffrey A. Schulkin
                                    Attorney for Plaintiff
                                    MUNDAY & NATHAN
                                    33 N. Dearborn Street, Suite 2220
                                    Chicago, IL 60602
                                    (312) 346-5678
                                    ARDC# 6230220