**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

OLGA MARQUEZ and EDUARDO MARQUEZ,   )
                                              )
          Plaintiffs,                  )
                                              )
          versus                   )  No.  08 C 990
                                                )
TARGET CORPORATION,                )
                                                )
          Defendant.                  )

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:    Michael J. McGowan
        Smith Amundsen LLC
        150 North Michigan Ave., Suite 3300
        Chicago, IL 60601
        (312) 894-3200
        e-mail:  mmcgowan@salawus.com

Please take notice that on **March 6, 2008,** we electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Consent to Exercise of Jurisdiction by a United States Magistrate Judge, a copy of which is served on you.

The undersigned certifies that he served the attached Consent to Exercise of Jurisdiction by a United States Magistrate Judge, upon attorney Michael J. McGowan, listed above, via electronic mail, on the 6th day of March, 2008.

                                   _s/   Jeffrey A. Schulkin_____
                                   Attorney for Plaintiff
                                   MUNDAY & NATHAN
                                   33 N. Dearborn Street, Suite 2220
                                   Chicago, IL 60602
                                   (312) 346-5678
                                   ARDC# 6230220