UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| versus | ) | No.  08 C 990 |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Michael J. McGowan
  Smith Amundsen LLC
  150 North Michigan Ave., Suite 3300
  Chicago, IL 60601
  (312) 894-3200
  e-mail:  mmcgowan@salawus.com

Please take notice that on **March 11, 2008,** we electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the Report of Parties' Planning Conference, a copy of which is served on you.

The undersigned certifies that he served the attached, Report of Parties' Planning Conference, upon attorney Michael J. McGowan, listed above, via electronic mail, on the 11th day of March, 2008.

  s/   Jeffrey A. Schulkin
  Attorney for Plaintiff
  MUNDAY & NATHAN
  33 N. Dearborn Street, Suite 2220
  Chicago, IL 60602
  (312) 346-5678
  ARDC# 6230220