# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Olga Marquez, et al.

                    Plaintiff,

v.                                    Case No.: 1:08–cv–00990
                                           Honorable Sidney I. Schenkier

Target Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Sidney I. Schenkier : The matter is being reassigned to this Court on consent. The Court direct the parties to conduct a planning conference pursuant to Rule 26(f) by 03/21/08. The parties shall submit a joint report of the planning conference, using the form available on the Court's website, by 03/28/08. The matter is set for a status hearing on 04/02/08 at 9:00 a.m. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.