# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**OLGA MARQUEZ and EDUARDO MARQUEZ**<br>vs.<br>**TARGET CORPORATION** | Case Number: **08 C 990**<br><br>Presiding Magistrate<br>Judge Sidney I. Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**TARGET CORPORATION**

| | |
|---|---|
| NAME (Type or Print)<br>         **CAMILLE M. KNIGHT** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         **s/Camille M. Knight** | |
| FIRM<br>         **SMITHAMUNDSEN LLC** | |
| STREET ADDRESS<br>         **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP<br>         **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>         **6276278** | TELEPHONE NUMBER<br>**(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐                              APPOINTED COUNSEL ☐ | |