UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLGA MARQUEZ and EDUARDO MARQUEZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TARGET CORPORATION, )<br>)<br>Defendant. ) | No.: 08 C 990<br><br>Presiding Magistrate<br>Judge Sidney I. Schenkier |

### NOTICE OF MOTION

TO: Jeffrey A. Schulkin, Munday & Nathan, 33 North Dearborn Street, Suite 2220, Chicago, IL 60602

On **April 30, 2008 at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Sidney I. Schenkier** or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, located at **Room 1700** of the **United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604**, and present the attached **Motion for Entry of Stipulated Protected Order,** for hearing instanter.

Name  SmithAmundsen LLC
Address  150 North Michigan Avenue, Suite 3300
City/State/Zip  Chicago, IL 60601

Atty. No. 6276278
Attorney for Defendant
Telephone (312) 894-3200

### PROOF OF SERVICE BY DELIVERY

I,_____, the attorney/non-attorney certify that on the _____ day of _____, _____, I served this notice by delivering a copy personally to each person to whom it is directed.

Date_____, _____

_____
Signature/Certification

### CERTIFICATE OF SERVICE

I, Julia Crews, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at the addresses listed by having a copy e-filed on April 25, 2008.

*Julia Crews*

SUBSCRIBED and SWORN to before me this 25th day of April, 2008.

*Jacqueline Y Smith*
Notary Public

OFFICIAL SEAL
JACQUELINE Y SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/18/11