# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 990 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Marquez vs. Target Corp | | |

**DOCKET ENTRY TEXT**

ENTER STIPULATED PROTECTIVE ORDER (attached), as modified by the Court at paragraphs 9 and 10. No appearance on the motion is required.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|